

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00405-CR

Joshua Claxton § From the 213th District Court

§ of Tarrant County (1292270D)

v. § February 13, 2014

§ Opinion by Justice Gabriel

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ____/s/ Lee Gabriel_____
Justice Lee Gabriel